**T. THORNE–EL, Plaintiff–Appellant,**

**v.**

**Charles SANDERS; Irvin Ryan, Jr.; Lawrence Solomon; Robert C. Lewis, Defendants–Appellees.**

No. 13–7045.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 25, 2013.

T. Thorne–El, Appellant Pro Se. Jodi Harrison, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

T. Thorne–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thorne–El v. Sanders,* No. 5:12–ct–0329–FL, 2013 WL 3166453 (E.D.N.C. June 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*